UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS CONWAY,<br>Plaintiff,<br>v.<br>JASMINE LeCOUNT McCLANAHAN. et al.,<br>Defendants. | No. 2:26-cv-2935 DAD AC PS<br><br><u>ORDER</u> |

On August 31, 2026, plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On September 14, 2026, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute. ECF No. 3. Plaintiff has not filed an amended complaint, and the time to do so has passed.

The court notes that a docket notation dated September 28, 2026 indicates that the order sent by the court to plaintiff at his address of record was returned as undeliverable. Local Rule 183(b) requires that a party appearing in propria persona inform the court of any address change within thirty days. Plaintiff was given until November 5, 2026 to update his address. Pursuant to Local Rule 182(f), absent notice to the Clerk that there has been a change of address, "service of documents at the prior address of the attorney or pro se party shall be fully effective."

IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, no later than November 19, 2026, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: October 20, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE